# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:17-cv-24607-UU/Reid
Crim. No.: 15-cr-20383-UU

DAMIAN MAYOL,

        Petitioner,

v.

UNITED STATES OF AMERICA

        Respondent.

_____/

## <u>ORDER ON MAGISTRATE'S REPORT AND RECOMMENDATION</u>

This Cause is before the Court upon Petitioner's *pro se* Motion to Vacate or Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (the "Motion") (D.E. 1).

THE COURT has reviewed the Motion and pertinent parts of the record and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Lisette M. Reid who, on August 19, 2019, issued a Report (D.E. 18) (the "Report") recommending that the Motion denied for the following reasons: (1) counsel did not ineffectively violate attorney-client privilege when it allowed the Government to review Petitioner's business records;[1] (2) counsel was not ineffective for failing to ask for a hearing or trial on the issue of restitution because restitution challenges are not cognizable under § 2255 and the claim would fail on the merits anyway; (3) counsel's performance did not amount to a "complete denial of counsel," as Petitioner alleged; (4) counsel was not ineffective for

---

[1] The Court notes that "Fed. R. Civ. P. 16(b)(1)(A)" on page 9 of the Report is meant to be "Fed. R. Crim. P. 16(b)(1)(A)."

failing to object to the kickback instruction; and (5) counsel was not ineffective with respect to numerous evidentiary issues.[2]

On September 16, 2019, Petitioner filed his Objections to the Report (D.E. 22) (the "Objections"), which reiterate Petitioner's arguments made in his Motion and Reply (D.E. 13) and are sufficiently addressed by the Report. Upon *de novo* review, the Court agrees with Magistrate Judge Reid's recommendations and concurs in all her findings. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report, D.E. 6, is RATIFIED, ADOPTED, and AFFIRMED; and it is further

ORDERED AND ADJUDGED that the Objections, D.E.22, are OVERRULED; and it is further

ORDERED AND ADJUDGED that the Motion, D.E. 1, is DENIED; and it is further

ORDERED AND ADJUDGED that the Motion for Hearing, D.E. 22, is DENIED; and it is further

ORDERED AND ADJUDGED that no certificate of appealability shall issue; and it is further

ORDERED AND ADJUDGED that the case is CLOSED.

DONE AND ORDERED in Chambers in Miami, Florida, this _26th_ day of September, 2019.

---

[2] Petitioner's conclusory evidentiary arguments, grouped under "Ground Four," assert that: (1) counsel "did not [make] any objections during trial allowing[,] the prosecutor to manipulate the proceedings"; (2) counsel failed to impeach the Government's witness with prior inconsistent statements; (3) counsel failed to adequately attack the credibility of the Government's witness because the witness had pleaded guilty in exchange for leniency; and (4) counsel ineffectively stipulated to the admissibility of Petitioner's business records. D.E. 3 at 31–38. As the Report states, "[t]hese contentions are largely frivolous" and are belied by the record. D.E. 18 at 14–15. Moreover, the business records' admissibility issue was appealed and rejected by the Eleventh Circuit. *United States v. Mayol*, 710 F. App'x 849, 850 (11th Cir. 2017) ("We reject Mayol's challenge the admissibility of the TSP business records; the challenge is barred by the doctrine of invited error.").

_____

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Damian Mayol, *pro se*
Counsel of record via CM/ECF